# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ANN ELLIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF CENTRAL CALIFORNIA WOMEN'S FACILITY,<br><br>　　　　Respondent. | Case No. 1:19-cv-200-NONE-JDP (HC)<br><br>ORDER TO STAY SCHEDULING ORDER<br><br>ECF No. 24 |

Petitioner Kathyrn Ann Ellis, a state prisoner represented by counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On July 19, 2019, respondent filed a motion to dismiss the petition as untimely. ECF No. 11. On March 13, 2020, we recommended that the court deny respondent's motion to dismiss, and we issued a scheduling order. ECF No. 24. Respondent has asked that the scheduling order not take effect until the assigned district judge has ruled on the motion to dismiss. *See* ECF No. 25. Accordingly, we hereby stay the order pending the district judge's ruling on our findings and recommendations.

IT IS SO ORDERED.

Dated:     March 30, 2020                             _____
                                                     UNITED STATES MAGISTRATE JUDGE

No. 206.